IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-01991-WYD-BNB | Date: October 10, 2012 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| *Parties* | *Attorney(s)* |
|---|---|
| TANGERINE TEMPLE LLC<br>**Plaintiff(s)** | John R. Posthumus |
| v. | |
| CHICTRONICS, LLC<br>**Defendant(s)** | Gregory M. Hess via telephone |

### COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 9:00 a.m.

Appearance of counsel.

Rule 26(a)(1) disclosures: no issues at this time.

Each side is allowed:
10 depositions not including experts, limited to 7 hours per deposition.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Deadline for joinder of parties and amendment of pleadings is:  November 15, 2012.

Discovery cut-off is:  April 10, 2013.

The dispositive motion deadline is:  June 1, 2013.

Parties shall designate no more than three (3) experts on or before:  February 11, 2013.

Parties shall designate all rebuttal experts no later than:  March 11, 2013.

All written discovery shall be served such that responses are due by the discovery cut off.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Pretrial Conference set for August 12, 2013 at 8:30 a.m., proposed Pretrial Order to be submitted on or before August 5, 2013.

Court in Recess: 9:13 a.m.     Hearing concluded.    Total time in Court:  00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119